UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 10-30033-RAL |
| | * | |
| Plaintiff, | * | |
| | * | RECOMMENDATION FOR |
| vs. | * | DISPOSITION OF |
| | * | DEFENDANT'S MOTION |
| JUSTIN LINDER, | * | TO SUPPRESS |
| | * | |
| Defendant. | * | |

Defendant, Justin Linder, has filed a Motion to Suppress Evidence and Statements, Docket No. 14. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a Report and Recommendation basis. See 28 U.S.C. § 636(b)(1). Based on the findings, authorities and legal discussion made on the record at the August 19, 2010 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be granted in part and denied in part. The Motion should be granted to the extent that it seeks to suppress, as substantive evidence, Defendant's November 28, 2009 unMirandized statements to Trooper Michael Peterson that Peterson would find more dope in Defendant's vehicle, that the dope was "white" and that it would be found in the center console. The Motion should also be granted in so far as it seeks to suppress Defendant's statements to Special Agent Dane 11Rasmussen and other officers on December 1, 2009. In other respects, the Motion, including the use of the November 28 statements just mentioned for impeachment purposes in the event Defendant testifies, should be denied.

1

Dated this 19th day of August, 2010, at Pierre, South Dakota.

BY THE COURT:

/s/ *Mark A. Moreno*
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE

Failure to file written objections to the within and foregoing Report and Recommendation for disposition of Defendant's Motion to Suppress Evidence and Statements by August 27, 2010 shall bar an aggrieved party from an attacking the Report and Recommendation before the assigned United States District Judge. See 28 U.S.C. § 636(b)(1).